| | |
|---|---|
| 1 | MARC A. KARLIN, ESQ.  SBN 137558 |
|   | **KARLIN & KARLIN** |
| 2 | A Professional Law Corporation |
|   | 3701 Wilshire Boulevard, Suite 1035 |
| 3 | Los Angeles, California  90010 |
|   | (213) 365-1555 |
| 4 | (213) 383-1166 facsimile |
|   | mkarlin@karlaw.com |

**JS-6**

Attorneys for PLAINTIFFS CHRISTOPHER CABRERA and ROCIO CABRERA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CABRERA and ROCIO CABRERA, | CASE NO. CV 10-03924 JST |
|   |   |
| Plaintiffs, | **ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |
|   |   |
| vs. |   |
|   |   |
| COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF-CORONER'S DEPARTMENT; DEPUTY M. MAYER (Badge No. C8782); DEPUTY J. ALLISON (Badge No. C7139); K-MART, a wholly owned subsidiary of SEARS HOLDINGS CORPORATION, a Delaware Corporation; SARA SANTANA, an individual; and DOES 1-50, Inclusive. |   |
|   |   |
| Defendants. |   |

1  TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF
2  RECORD:
3  Pursuant to a Stipulation between the parties, the above-captioned action is hereby
4  dismissed with prejudice.

6  IT IS SO ORDERED.

8  Dated: April 12, 2011

9                                             **JOSEPHINE STATON TUCKER**
                                           U.S. District Court Judge